FILED
CLERK U.S. DISTRICT COURT
MAR 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>    Donald Cochern<br><br>    Defendant. | CR 09-868 RGK<br><br>ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. §3148(b):<br>(Allegations of Violation of Pretrial Conditions of Release) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

B.

The court finds there is:

(1)

(A) ( ) Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release and/or

(B) (✓) Clear and convincing evidence that the defendant has violated any

| | | | |
|---|---|---|---|
| 1 | | | any other condition of release; and |
| 2 | (2) | (A) ( ) | Based on the factors set forth in 18 U.S.C. §3142(g), there is no |
| 3 | | | condition or combination of conditions of release that will |
| 4 | | | assure that the defendant will not flee or pose a danger to the |
| 5 | | | safety or any other person or the community; or |
| 6 | | (B) ( ) | The defendant is unlikely to abide by any condition or |
| 7 | | | combination of conditions of release. |
| 8 | (3) | ( ) | There is probable cause to believe that, while on release, the |
| 9 | | | defendant committed a Federal, State, or local felony, and the |
| 10 | | | presumption that no condition or combination of conditions will |
| 11 | | | assure that the person will not pose a danger to the safety of any |
| 12 | | | other person or the community has not been rebutted. |
| 13 | | | <u>OR</u> |
| 14 | (4) | ( ) | The court finds that there are conditions of release that will |
| 15 | | | assure that the defendant will not flee or pose a danger to the |
| 16 | | | safety any other person or the community, and that the |
| 17 | | | defendant will abide by such conditions.  <u>See</u> separate Order |
| 18 | | | setting conditions. |
| 19 | | ( ) | It is further ordered that this order is stayed for 72 hours in order |
| 20 | | | to allow the Government to seek review from the assigned |
| 21 | | | district judge or criminal duty district judge as appropriate. |
| 22 | /// | | |
| 23 | /// | | |
| 24 | /// | | |
| 25 | /// | | |
| 26 | /// | | |
| 27 | /// | | |
| 28 | /// | | |

<u>OR</u>

C.

(✓)   IT IS ORDERED defendant be detained prior to trial.

DATED: 3/11/10

_____
UNITED STATES MAGISTRATE JUDGE